UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>TIARA FELIX<br><br>Defendant. | No. 12 Cr. 322 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter from Defendant requesting "immediate release to home confinement," which the Court construes as a request for compassionate release under the First Step Act of 2018, 18 U.S.C. § 3582(c)(1)(A), in light of the COVID-19 pandemic.  (Doc. No. 666.)  IT IS HEREBY ORDERED THAT the government shall respond to Defendant's letter no later than June 29, 2020.

SO ORDERED.

Dated:    June 24, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation